# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2523
_____

Francisco Leon Lux; Melissa Esmeralda Leon Mejia

*Petitioner*s

v.

Jeffrey A. Rosen, Acting Attorney General of United States[1]

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: January 11, 2021
Filed: January 14, 2021
[Unpublished]

_____

Before KELLY, MELLOY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Guatemalan native and citizen Francisco Leon Lux, individually and on behalf
of his minor child, petitions for review of an order of the Board of Immigration

___

[1]Jeffrey A. Rosen is now Acting Attorney General of the United States, and is
substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Appeals (BIA), which dismissed his appeal from an immigration judge's (IJ's) decision denying his motion to terminate removal proceedings and ordering removal. His sole challenge is that, based on Pereira v. Sessions, 138 S. Ct. 2105 (2018), the IJ lacked jurisdiction over the removal proceedings. We agree with respondent that Lux's challenge is foreclosed by this court's precedent. See Ali v. Barr, 924 F.3d 983, 985-86 (8th Cir. 2019) (holding that decision in Pereira "had nothing to say about when an [IJ] obtains jurisdiction" over removal proceedings; jurisdiction vests when charging document, such as notice to appear, is filed with immigration court; and under 8 U.S.C. § 1003.18(b), notice to appear must contain time, place, and date information for initial removal hearing only "where practicable"). Accordingly, the petition for review is denied. See 8th Cir. R. 47B.

_____